UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ILDA ANTONIA O., | ) | CASE NO. CV 20-4003-AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: June 25, 2021

_____
ALICIA G. ROSENBERG
United States Magistrate Judge